FILED

JUN 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MELECIO PEREZ, a.k.a. Manuel Rivera Espinoza,<br><br>               Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>               Respondent. | No. 08-73980<br><br>Agency No. A076-662-324<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Department of Homeland Security

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

    Melecio Perez, a native and citizen of Mexico, petitions for review of the

Department of Homeland Security's order reinstating his 1997 expedited removal

order under 8 U.S.C. § 1231(a)(5). We dismiss the petition for review.

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Perez's collateral challenge to his prior expedited removal order. *Garcia de Rincon v. Dep't of Homeland Sec.*, 539 F.3d 1133, 1139 (9th Cir. 2008); *see also* 8 U.S.C. § 1252(e) (judicial review of expedited removal orders available only in habeas corpus proceedings).

**PETITION FOR REVIEW DISMISSED.**